IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SHAWN RICHARD MONRO**, Plaintiff, v. **BRANDON KELLY,** *et al.*, Defendants. | Case No. 6:17-cv-1650-SB **ORDER** |

**Michael H. Simon, District Judge.**

United States Magistrate Judge Stacie Beckerman issued Findings and Recommendations in this case on September 13, 2019. ECF 82. Judge Beckerman recommended that summary judgment be granted in favor of Defendants on all claims. The Court adopts Judge Beckerman's Findings and Recommendations.

Under the Federal Magistrates Act ("Act"), the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). If a party timely files an objection to a magistrate judge's findings and recommendations, "the court shall make a *de novo* determination of those portions of the report

or specified proposed findings or recommendations to which objection is made." *Id.*; Fed. R. Civ. P. 72(b)(3).

Mr. Monro timely filed an objection. ECF 84. Essentially, he repeats the arguments that he made to Judge Beckerman in his original motion. Specifically, Mr. Monro argues that the prison violated his due process rights when it refused him the opportunity to provide a urinalysis sample and to cross-examine the confidential informant who provided the prison with evidence of Mr. Monro's alleged misconduct. The Court has reviewed *de novo* those portions of Judge Beckerman's Findings and Recommendations to which Mr. Monro has objected, as well as Mr. Monro's objections and Defendants' response. The Court agrees with Judge Beckerman's analysis.

The Court ADOPTS Judge Beckerman's Findings and Recommendations (ECF 82) and GRANTS Defendants' motion for summary judgment (ECF 69). This case is DISMISSED.

**IT IS SO ORDERED.**

DATED this 26th day of December, 2019.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge